**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00269-CR

**REGINALD A. NOBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. W00-50025-K**

## ORDER

The Court has before it appellant's March 17, 2015 "Motion for Leave in Arrest of Judgment." On March 16, 2015, the Court dismissed the appeal for want of jurisdiction. Accordingly, we **DENY** appellant's motion.

/s/    ROBERT M. FILLMORE
       JUSTICE